IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACK THOMAS CURRIE,

    Plaintiff,

v.                                                      4:05cv287-WS

MONICA DAVID,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the Magistrate Judge's Report and Recommendation (doc. 63) docketed May 4, 2007. The Magistrate Judge recommends that Defendant's Motion for Summary Judgment (doc. 33) be granted. Plaintiff has filed objections (doc. 64) to the Report and Recommendation.

The court having considered the record in light of Plaintiff's objections, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 63) is ADOPTED and incorporated by reference into this order.

2. Defendant's Motion for Summary Judgment (doc. 33) is GRANTED.

3. The Clerk shall enter judgment in Defendant's favor on all claims.

DONE AND ORDERED this <u>  31st  </u> day of <u>   May   </u>, 2007.

<u>s/ William Stafford                                    </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE